Rock Island Plow Company, appellee, v. E. C. Smith and Louise B. Smith, appellants. Gen. No. 8,832.

Opinion filed October 10, 1934.
Rehearing denied January 2, 1935.
Gunn, Penwell & Lindley, for appellants.   Charles Troup, for appellee.
Mr. Justice Allaben delivered the opinion of the court.